FILED
CLERK, U.S. DISTRICT COURT
SEP 22 2025
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Allen Wayne Rowbury,<br>　　　　　Defendant. | Case No.: CR 23-0642-DSF<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge **Dale Fischer**, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

　(A)　( )　that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

　(B)　(✓)　that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

as listed in the violation report, including absconding from supervision and illegal-substance use, also leaving the District

and

(2)

    (A)  (✓)  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  (✓)  that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)  ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)  ( )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. <u>See</u> separate order setting conditions.

      ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(✓)  IT IS ORDERED that the defendant be detained prior to trial.

DATED: 9/22/25

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE